**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

In re:

IRA LEE and HELEN KOH LEE,

   *Debtor,*

ROBERT L. MERCER, individually and derivatively as a Shareholder of EB Labs, Inc.,

   *Appellant*,

  -v-

IRA LEE and HELEN KOH LEE,

   *Appellees*.

-----------------------------------------------------------X

**JUDGMENT**
Bank Case No. 8-22-08045-reg
CV 24-2862 (GRB)

  A Memorandum and Order Regarding Bankruptcy Appeal of Honorable Gary R. Brown, United States District Judge, having been filed on March 19, 2025, denying Appellant's appeal without prejudice to renewal after the entry of a final decision by the Bankruptcy Court, and directing the Clerk of the Court to close this case, it is

  **ORDERED AND ADJUDGED** that Appellant Robert L. Mercer's 's appeal is denied without prejudice to renewal after the entry of a final decision by the Bankruptcy Court; and that this case is closed.

Dated: March 20, 2025
    Central Islip, New York

                    BRENNA B. MAHONEY
                    CLERK OF COURT

               BY: /S/ JAMES J. TORITTO
                    DEPUTY CLERK